UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| COREY TINANT,<br><br>    Plaintiff,<br><br>vs.<br><br>RAPID CHEVROLET CO., INC.,<br><br>    Defendant. | CIV. 13-5042-JLV<br><br>JUDGMENT OF DISMISSAL |

  Pursuant to the parties' joint stipulation of dismissal (Docket 45), it is

  ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without costs or further notice to either party.

  IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfilment of this settlement agreement.

  Dated January 7, 2016.

        BY THE COURT:

        /s/ *Jeffrey L. Viken*
        JEFFREY L. VIKEN
        CHIEF JUDGE